IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA, )
for the use and benefit of )
AMERICAN PAVING FABRICS, INC. )
)
      Plaintiff )
) No. 3:10-cv-389
v. ) District Judge Campbell
) Magistrate Judge Shirley
HARTFORD FIRE INSURANCE COMPANY )
)
      Defendant. )

## FINAL JUDGMENT ORDER

The Court has granted the Plaintiff's Motion for Summary Judgment and denied the Defendant's Cross-Motion for Summary Judgment. The disposition of the motions resolves all issues in this matter. Accordingly, judgment is hereby entered in favor of the Plaintiff, American Paving Fabrics, Inc. against the Defendant, Hartford Fire Insurance Company, in the amount of $115,905.75, with interest thereon at the rate of 1.8% per annum from June 23, 2010 until paid in full, and for costs in the amount of $350.00.

IT IS SO ORDERED.

ENTER: October 4, 2012.

ENTERED AS A JUDGMENT
  s/ *Debra C. Poplin*
  CLERK OF COURT

Tena Campbell
United States District Court Judge