UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of AMERICAN PAVING FABRICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> HARTFORD FIRE INSURANCE COMPANY, <br><br> Defendant. | No. 3:10-cv-389 <br><br> (Campbell/Shirley) |

## ORDER

By this Order, the court hereby VACATES its October 4, 2012 Final Judgment Order (Docket No. 30) and reinstates the Motion for Entry of Final Judgment Order (Docket No. 29). The court will wait until October 15, 2012, to give Defendant Hartford Fire Insurance Company an opportunity to respond to the motion.

SO ORDERED this 4th day of October, 2012.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
U.S. District Court Judge